## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01906-MSK-NYW

FOUNTAIN VALLEY INVESTMENT PARTNERS, LLC,

    Plaintiff,

v.

CONTINENTAL WESTERN INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on the Joint Motion to Amend Scheduling Order (the "Motion"). [#26, filed April 6, 2015]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated August 1, 2014 [#18] and memorandum dated April 6, 2015 [#27].

    IT IS ORDERED that the Motion is GRANTED:

1. The Parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 31, 2015**; and

2. The discovery cutoff date is extended from April 22, 2015 to on or before **May 22, 2015**.

    The Parties are reminded to consult MSK Civ. Practice Standard, II.G. prior to filing future requests for extensions of time.

DATED: April 9, 2015