IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-01906-MSK-NYW | Date: July 8, 2015 | |
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204 | |

| *Parties* | *Counsel* |
|---|---|
| FOUNTAIN VALLEY INVESTMENT PARTNERS, LLC, | *Gregory Vern Pelton* |
| **Plaintiff,** | |
| v. | |
| CONTINENTAL WESTERN INSURANCE COMPANY, | *Troy R. Olsen* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 1:33 p.m.

Appearance of counsel.

Discussion and argument held on Motion to File Second Amended Complaint [33] filed on May 28, 2015.

**ORDERED:** Motion to File Second Amended Complaint [33] is SUBMITTED and TAKEN UNDER ADVISEMENT.

**ORDERED:** Parties shall file a motion regarding the deposition of defendant's expert witness.

Court in Recess: 2:06 p.m.          Hearing concluded.          Total time in Court:    00:33

  * To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.