# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy: Valeri P. Barnes　　　　　　　　　　Date: February 24, 2016
Court Reporter: Darlene Martinez

Civil Action No. 14-cv-01906-MSK-NYW

| *Parties*: | *Counsel Appearing:* |
|---|---|
| FOUNTAIN VALLEY INVESTMENT PARTNERS, LCC, | Gregory Pelton |
| Plaintiff, | |
| v. | |
| CONTINENTAL WESTERN INSURANCE COMPANY, | Kevin Amatuzio<br>Kyle Joyce<br>Max Jones, Jr. |
| Defendant. | |

## COURTROOM MINUTES

HEARING: Motions/Interim Case Management Conference

**1:02 p.m.　　Court in session.**

ALSO PRESENT: Plaintiff Client Representative Frank Watson.

The Court addresses Plaintiff's Motion for Pretrial Summary Judgment or in the Alternative for a Motion *in Limine* **(Doc. #32)**.

Argument by Plaintiff.

Argument by Defendant.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**　　Plaintiff's Motion for Pretrial Summary Judgment or in the Alternative for a Motion *in Limine* **(Doc. #32)** is **DENIED**.

The Court addresses Plaintiff's Motion to Supplement First Amended Complaint **(Doc. # 66)**.

Argument by Plaintiff.

Argument by Defendant.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:** Plaintiff's Motion to Supplement First Amended Complaint **(Doc. # 66)** is **DENIED**.

The Court addresses the claims and defenses and preparation of the Final Pretrial Order.

**ORDER:** Proposed Final Pretrial Order, *voir dire*, and jury instructions will be filed by March 18, 2016. Final Pretrial Conference is set on March 24, 2016, at 1:30 p.m., in Courtroom A901, 901 19th Street, Denver, CO. Clients shall be present at the Final Pretrial Conference.

**2:24 p.m.** **Court in recess.**

**Total Time: 1 hour 22 minutes**
**Hearing concluded.**